UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>              Plaintiff,<br><br>       v.<br><br>ST. JOAQUING GN. HOSPITAL,<br><br>              Defendant. | No. 2:22-cv-0520 DB P<br><br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On April 4, 2022 the court ordered plaintiff to file his request for in forma pauperis status on the proper form.  (ECF No. 5.)  Plaintiff has requested an extension of time to file an application to proceed in forma pauperis.  The court will grant plaintiff's request. However, plaintiff is advised that, in the future, plaintiff must inform the court why he is requesting an extension of time.

////

////

////

////

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 6) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: April 29, 2022

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:14
DB/DB Prisoner Inbox/Civil Rights/R/meri0520.36ifp

2