1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    FRANCISCO MERINO,                       No.  2:22-cv-00520 WBS DB P

12                    Plaintiff,

13         v.                                  ORDER

14    ST. JOAQUING (Sic) GN HOSPITAL,

15                    Defendant.

16

17         Plaintiff, an inmate proceeding pro se, has filed this civil rights action seeking relief under

18   42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28

19   U.S.C. § 636(b)(1)(B) and Local Rule 302.

20         On December 21, 2022, the magistrate judge filed findings and recommendations herein

21   which were served on plaintiff and which contained notice to plaintiff that any objections to the

22   findings and recommendations were to be filed within fourteen days.  (ECF No. 31.)  Plaintiff has

23   filed objections to the findings and recommendations.

24         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

25   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

26   court finds the findings and recommendations to be supported by the record and by proper

27   analysis.

28   /////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed December 31, 2022 (ECF No. 31), are

3    adopted in full;

4    2.  Plaintiff's motions for temporary restraining order and preliminary injunction (ECF

5    Nos. 26, 27, 29) are denied; and

6    3.  This matter is referred back the Magistrate Judge for further proceedings.

7    Dated:  April 12, 2023

8    WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17    meri0520.804

18

19

20

21

22

23

24

25

26

27

28