UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ST. JOAQUING GN. HOSPITAL, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-00520 WBS DB P<br><br><br>ORDER |

　　　Plaintiff has requested an extension of time to file a third amended complaint.  Good cause appearing, IT IS HEREBY ORDERED as follows:

　　　1. Plaintiff's motion for an extension of time (ECF No. 53) is granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file a third amended complaint.

Dated:  January 3, 2024

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB7
meri0520.36amc(2)

1