UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO, | No. 2:22-cv-00520 WBS DB P |
| Plaintiff, | |
| v. | ORDER |
| St. JOAQUING GN HOSPITAL, | |
| Defendant. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 13, 2024, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within 30 days. Plaintiff filed several documents titled "Supplemental Complaint" which the court construes as objections to the findings and recommendations. (ECF Nos. 68, 69, 70, 71, 72.)

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED as follows:

1

1. The findings and recommendations filed March 13, 2024 (ECF No. 66), are adopted in full.

2. Plaintiff's third amended complaint (ECF No. 59) is dismissed without further leave to amend for failure to state a claim.

3. Plaintiff's request for preliminary injunctive relief (ECF No. 63) is denied.

4. The Clerk of Court is directed to close this case.

Dated:  April 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

meri0520.800.fr