UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO MERINO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ST. JOAQUING GN HOSPITAL,<br><br>　　　　Defendants. | No. 2:22-cv-0520 WBS DB P<br><br><br>ORDER |

　　On May 13, 2024, plaintiff filed a notice regarding knee pain. This civil rights action was closed on April 29, 2024. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: May 20, 2024

　　　　　　　　　　　　　　　　　　　　　／s／ Deborah Barnes
　　　　　　　　　　　　　　　　　　　　DEBORAH BARNES
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

DLB7
meri0520.58

1